UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>ex rel. Patricia Lesko,<br>Relator, | Case No. 23-sc-3216 (PAM/ECW) |
| Plaintiffs, | **FILED UNDER SEAL** |
| v. | **ORDER** |
| Guthrie Theater Foundation,<br>Mankato Rehabilitation Center, Inc.,<br>Minneapolis College of Art and<br>Design, Minnesota Public Radio,<br>North Central University, Ordway<br>Center for the Performing Arts,<br>The Blake School, The Minnesota<br>Orchestral Association, and the<br>Science Museum of Minnesota, | |
| Defendants. | |

This matter is before the Court on the Government's Notice of Election to Decline Intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). (Docket No. 8.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Complaint be unsealed and served upon the Defendants by the Relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the Notice of Election to Decline Intervention, which the relator will serve upon the Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the

      date of this Order;

4.     The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

5.     The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6.     The parties shall serve all notices of appeal upon the United States;

7.     All orders of this Court shall be sent to the United States; and

4.     Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated:   August 30, 2024               *s/Paul A. Magnuson*
                                                           Paul A. Magnuson
                                                           United States District Court Judge