UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America ex rel., and Patricia Lesko, Relator, | Case No. 23-3216 (PAM/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| Guthrie Theater Foundation, Mankato Rehabilitation Center, Inc., Minneapolis College of Art and Design, Minnesota Public Radio, North Central University, Ordway Center for the Performing Arts, The Blake School, The Minnesota Orchestral Association, and The Science Museum of Minnesota, | |
| Defendants. | |

This matter is before the Court on Relator Patricia Lesko's Motion to Dismiss Certain Defendants. (Docket No. 34.) Four Defendants named in the initial Complaint—Guthrie Theater Foundation, Mankato Rehabilitation Center, Inc., Ordway Center for the Performing Arts, and The Blake School—are not named in the Amended Complaint. (See Docket No. 15.) Therefore, Lesko moves to dismiss those Defendants from this action pursuant to Fed. R. Civ. P. 21.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Relator Patricia Lesko's Motion to Dismiss Certain Defendants (Docket No. 34) is **GRANTED**; and

2

2. Defendants Guthrie Theater Foundation, Mankato Rehabilitation Center, Inc., Ordway Center for the Performing Arts, and The Blake School are dismissed without prejudice from this action.

Dated: <u>March 24, 2025</u>    <u>*s/ Paul A. Magnuson*    </u>
Paul A. Magnuson
United States District Court Judge