UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America<br>ex rel., and Patricia Lesko,<br>Relator,<br><br>        Plaintiffs,<br><br>v.<br><br>Minnesota Public Radio,<br>The Minnesota Orchestral<br>Association, and The Science<br>Museum of Minnesota,<br><br>        Defendants. | Case No. 23-3216 (PAM/SGE)<br><br><br><br><br>**ORDER** |

This matter is before the Court on Relator Patricia Lesko's Motion to Dismiss Minnesota Public Radio. (Docket No. 45.) Lesko moves to dismiss Defendant Minnesota Public Radio pursuant to Fed. R. Civ P. 21, because it has demonstrated that it was eligible for a PPP loan and therefore achieved early resolution of this case. (Id. at 2.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff/Relator Patricia Lesko's Motion to Dismiss Defendant Minnesota Public Radio (Docket No. 45) is **GRANTED**; and

2. Defendant Minnesota Public Radio is **DISMISSED with prejudice as to Plaintiff/Relator and without prejudice as to the United States**.

Dated: April 22, 2025

                                                                           *s/ Paul A. Magnuson*
                                                                           Paul A. Magnuson
                                                                           United States District Court Judge