UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America<br>ex rel., and Patricia Lesko,<br>Relator,<br><br>            Plaintiffs,<br><br>v.<br><br>The Minnesota Orchestral<br>Association, and The Science<br>Museum of Minnesota,<br><br>            Defendants. | Case No. 23-3216 (PAM/SGE)<br><br><br><br><br><br>**ORDER** |

This matter is before the Court on Relator Patricia Lesko's Motion to Dismiss Defendant The Science Museum of Minnesota pursuant to Fed. R. Civ P. 21. (Docket No. 63.) Lesko moves to dismiss The Science Museum of Minnesota, because it has demonstrated that it was eligible for a PPP loan, and therefore the parties achieved early resolution of this case.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff/Relator Patricia Lesko's Motion to Dismiss Defendant The Science Museum of Minnesota (Docket No. 63) is **GRANTED**; and

2. Defendant The Science Museum of Minnesota is **DISMISSED with prejudice as to Plaintiff/Relator and without prejudice as to the United States**.

Dated: May 16, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge